JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK      08 CV 03293

Plaintiff: TZ Manor, LLC, et al

-v-

Defendant: Richard F. Daines, MD, et al.

Case No. 

Rule 7.1 Statement

RECEIVED
APR 02 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___Plaintiffs___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: Apr. 12, 2008

Signature of Attorney

Attorney Bar Code:
Sanford F. Young
(7877)

Form Rule7_1.pdf