UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TZ MANOR, LLC.; POND VIEW CORP.; and PARKFIELD
PROPERTIES (as assignee of EXCHANGE AUTHORITY
LLP, Trustee of the Almeida Parkfield Exchange Trust), as
Tenants in Common,

**NOTICE OF
APPEARANCE**

08 CV 03293 (PAC)

*Plaintiffs,*

-against-

RICHARD F. DAINES, M.D., Commissioner of the New
York State Department of Health; ROBERT P.
DOUGHERTY, Director of the New York State Department
of Health, Division of Home and Community Based Care;
JUDITH R. MOONEY, Co-Director of the New York State
Department of Health, Division of Home and Community
Based Care; MARYBETH FADER, Director, ACF CON
Certification Unit of the New York State Department of
Health, Division of Home and Community Based Care;
KEVIN MAHON, Commissioner of the New York State
Department of Social Services; ALAN J. LAWITZ, ESQ.,
Associate Attorney, Bureau of House Counsel, New York
State Department of Health and THE LONG HILL
ALLIANCE COMPANY, INC.,

*Defendants.*

---

PLEASE TAKE NOTICE that defendant Richard F. Daines, M.D., Commissioner of the

New York State Department of Health hereby appears by the undersigned, whose address and

telephone number are as set forth below.

Dated: New York, New York
       April 23, 2008

                                      ANDREW M. CUOMO
                                      Attorney General of the State of New York
                                      Attorney for Defendants
                                      120 Broadway - 24th Floor
                                      New York, NY  10271-0332

                                      By:  /S/ Scott J. Spiegelman
                                      Scott J. Spiegelman (SS - 0967)
                                      Assistant Attorney General
                                      Telephone: (212) 416-8558


To:    LAW OFFICES OF SANFORD F. YOUNG, P.C.
       Attn: Sanford F. Young, Esq.
       225 Broadway - Suite 2008
       New York, NY  10007
       (212) 227-9755