USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TZ MANOR, LLC.; PONDVIEW CORP.; and PARKFIELD PROPERTIES (as assignee of EXCHANGE AUTHORITY LLP, Trustee of the Almeida Parkfield Exchange Trust), as Tenants in Common,

                                       *Plaintiffs,*

-against-

RICHARD F. DAINES, M.D., Commissioner of the New York State Department of Health; ROBERT P. DOUGHERTY, Director of the New York State Department of Health, Division of Home and Community Based Care; JUDITH R. MOONEY, Co-Director of the New York State Department of Health, Division of Home and Community Based Care; MARYBETH FADER, Director, ACF CON Certification Unit of the New York State Department of Health, Division of Home and Community Based Care; KEVIN MAHON, Commissioner of the New York State Department of Social Services; ALAN J. LAWITZ, ESQ., Associate Attorney, Bureau of House Counsel, New York State Department of Health and THE LONG HILL ALLIANCE COMPANY, INC.,

                                         *Defendants.*

STIPULATION + Order

08 CV 03293 (PAC)

---

      Whereas Plaintiffs TZ Manor, LLC, Pondview Corp., and Parkfield Properties (as assignee of Exchange Authority LLP, Trustee of the Almeida Parkfield Exchange Trust), as Tenants in Common filed this action on or about April 2, 2008 and served the Summons and Complaint on Defendant Richard F. Daines, M.D., Commissioner of the New York State Department of Health on or about April 8, 2008.

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned:

(i) the time for Defendant Daines to answer, move, or otherwise respond to the Complaint will extended until June 12, 2008; and (ii) in the event Defendant seeks to move to dismiss the Complaint, the parties will make a joint application to permit Plaintiffs forty-five (45) days to respond to such a motion.

AND IT IS FURTHER STIPULATED AND AGREED as follows: This Stipulation may be executed in any number of counterparts, all of which taken together shall constitute one Stipulation, and may be executed by facsimile signature.

Dated: New York, New York
April 25, 2008

LAW OFFICES OF SANFORD F. YOUNG, P.C.,
Attorney for Plaintiff

By: _____
Sanford F. Young, Esq. (7877)
225 Broadway - Suite 2008
New York, NY 10007
(212) 227-9755

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney For Defendant

By: _____
Scott J. Spiegelman (SS 0967)
Assistant Attorney General
120 Broadway, Rm. 24B26
New York, NY 10271
phone: (212) 416-8558
fax: (212) 416-6077

SO ORDERED: _____ 4/28/08
United States District Judge

2



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-8558
April 25, 2008

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 735
New York, NY 10007

    Re:   TZ Manor, LLC v. Daines (08 CV 03293) (PAC)

Dear Judge Crotty:

    This office represents defendant Richard F. Daines, M.D., Commissioner of the New York State Department of Health in the above-mentioned action. Please find attached a stipulation seeking to extend the defendant's time to answer, move or otherwise respond to the Complaint from April 28 to June 12, 2008, which we respectfully request the Court to "so order." No previous requests for extensions of time have been sought.

                                                     Respectfully submitted,

                                                     Scott J. Spiegelman (SS 0967)
                                                     Assistant Attorney General

Encl.
cc: Sanford F. Young, Esq. (by facsimile)