UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

TZ Manor, LLC, et al.,

                    Plaintiffs,

  -against-

Richard F. Daines, M.D., *Commissioner of the New York State Department of Health.*, et al.,

                    Defendants.
------------------------------------------------------X

08 Civ. 3293 (PAC)
**TRANSFER ORDER TO THE SDNY DISTRICT COURT LOCATED IN WHITE PLAINS, N.Y**

HONORABLE PAUL A. CROTTY, United States District Judge:

The claims in the above-captioned case arose in Nyack, New York in Rockland County where the Tappan Zee Manor is located and where the alleged unlawful taking took place. None of the defendants are located in the southern portion of the S.D.N.Y. Accordingly, the Clerk of Court is directed to transfer and reassign the above-captioned case to the United States District Court in White Plains, New York, pursuant to Rule 21(a) (i) of the Rules for the Division of Business Among District Judges in the Southern District of New York. In light of this order there is no need for this Court to hold a pre-motion conference. When the case is reassigned, defendants should proceed as indicated in the individual practices of the judge to whom this matter is assigned.

Dated: New York, New York
       June 20, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

1