

USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

(212) 416-8558
July 17, 2008

**By Overnight Mail**

Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re:  <u>TZ Manor, LLC v. Daines (08 CV 03293)</u>

Dear Judge Karas:

This office represents defendants Richard F. Daines, M.D., Robert P. Dougherty, Judith R. Mooney, Marybeth Fader, Kevin Mahon, and Alan J. Lawitz, Esq. ("State Defendants") in the above-referenced action. We write to request respectfully a brief adjournment of the pre-motion conference currently scheduled for July 24, at 2:00 p.m. We request this adjournment because I am also scheduled to conduct two depositions on that day. Plaintiff's counsel has kindly agreed to an adjournment. Both sides are available on July 31, if that date is convenient for the Court.

Respectfully submitted,

Scott J. Spiegelman (SS 0967)

cc: Sanford F. Young, Esq. (by facsimile)

*Conference is adjourned until July 29, 2008, at 2:00*

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
7/18/08