```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED:                 │
└─────────────────────────────┘
```

LAW OFFICES OF
**SANFORD F. YOUNG, P.C.**
225 BROADWAY
NEW YORK, NEW YORK 10007
TEL: 212.227.9755
FAX: 212.732.4157

www.nylitigator.com

# MEMO ENDORSED

SANFORD F. YOUNG
(ADMITTED IN NY, NJ & PA)
———
DENNIS GIACOMO VILELLA
———
PARALEGALS
JACLYN L. SHULMAN
BARBARA COHEN

OF COUNSEL
STEPHEN N. DRATCH
(ADMITTED IN NY & NJ)

The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
for the Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

V: 914-390-4145
**VIA FAX: 914-390-4152**

Re:   **TZ Manor, LLC, et al. v. Richard F. Daines, et al.**
      U.S.D.C.-- S.D.N.Y. Docket No.: 08 Civ. 03293

Dear Judge Karas:

I represent the Plaintiffs. I am writing, with the consent of Scott J. Spiegelman, Assistant Attorney General representing Defendants, to request an adjournment of the pre-motion conference scheduled for Tuesday, July 29, 2008, to either August 7 or 8.

I have been on trial in the Eastern District, Central Islip (before the Honorable Joanne Seybert) on a matter where we selected the jury on June 30 and have been on trial from July 7 to the verdict of July 22. Due to the fact that I have been staying in Long Island and have not been in my office during the time of that trial, and the enormous backlog of papers awaiting me in my office, including several appellate briefs and deadlines, I have lost track of Defendants' June 30, 2008 pre-motion application and tomorrow's conference -- until my office received a call from Alisha of Chambers today. I respectfully ask for the adjournment so that I can prepare and submit our response to Defendants' pre-motion application and appear before the Court to discuss Defendants' application. I apologize for not attending to this earlier.

Thank you for your consideration.

Respectfully submitted,

Sanford F. Young (7877)

cc: Scott J. Spiegelman, Esq. (via fax 212-416-6077)

*[Handwritten endorsement:]* The PMC is adjourned until September 8, 2008, at 10:15. Defendants' time to answer is stayed until that conference.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/29/08