UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TZ MANOR, LLC, PONDVIEW CORP. and           Case No. 08-CV-3293
PARKFIELD PROPERTIES (as assignee of
EXCHANGE AUTHORITY, LLP, ETC.),
                          Plaintiff(s),
     -and-                                  **AFFIDAVIT OF SERVICE**
RICHARD F. DAINES, M.D., **ET AL.**,
                          Defendant(s).
------------------------------------------------------------X

STATE OF NEW YORK    )
                     : S.S.
COUNTY OF ALBANY     )

  MICHAEL ALVARO, being duly sworn, deposes and says that he is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

  That on the 1st day of May, 2008, at approximately 11:50 a.m., deponent served a true copy of the **Summons; Complaint; Judge's Rules and Rules of Court** upon Judith R. Mooney, as Co-Director of the New York State Department of Health - Division of Home and Community Based Care c/o Division of Legal Affairs at Empire State Plaza, Corning Tower, Albany, New York by personally delivering and leaving the same with Susan G. Cartier, Senior Attorney, who stated that she is authorized to accept service on behalf of Judith R. Mooney, at that address.

  Susan G. Cartier is a white female, approximately 35 years of age, is approximately 6 feet tall, weighs approximately 170 pounds, with blonde hair and was wearing glasses.

Sworn to before me this
___6___ day of June, 2008

_____
GARY T. SMITH
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01-SM-5053659
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES DECEMBER 26, 2009

_____
MICHAEL ALVARO
Michael Alvaro
PO Box 4182
Albany, N.Y. 12204

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TZ MANOR, LLC, PONDVIEW CORP. and           Case No. 08-CV-3293
PARKFIELD PROPERTIES (as assignee of
EXCHANGE AUTHORITY, LLP, ETC.),
                    Plaintiff(s),
    -and-                                   **AFFIDAVIT OF SERVICE**
RICHARD F. DAINES, M.D., **ET AL.**,
                    Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                     : S.S.
COUNTY OF ALBANY     )

    MICHAEL ALVARO, being duly sworn, deposes and says that he is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 1st day of May, 2008, at approximately 11:50 a.m., deponent served a true copy of the **Summons; Complaint; Judge's Rules and Rules of Court** upon Marybeth Fader, as Director of the New York State Department of Health - Division of Home and Community Based Care c/o Division of Legal Affairs at Empire State Plaza, Corning Tower, Albany, New York by personally delivering and leaving the same with Susan G. Cartier, Senior Attorney, who stated that she is authorized to accept service on behalf of Marybeth Fader, at that address.

    Susan G. Cartier is a white female, approximately 35 years of age, is approximately 6 feet tall, weighs approximately 170 pounds, with blonde hair and was wearing glasses.

Sworn to before me this
___6___ day of June, 2008

_____
GARY T. SMITH
NOTARY PUBLIC, STATE OF NEW YORK
NO. -1-SM-5053659
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES DECEMBER 26, 2009

_____
MICHAEL ALVARO

Michael Alvaro
PO Box 4182
Albany, N.Y. 12204

United States District Court
Southern Distirict of New York

TZ Manor, LLC, et al.,

                Plaintiff(s)

-against-

Richard F. Daines, M.D., Commissioner of the New
York State Department of Health, et al.,

                Defendant(s)

**AFFIDAVIT OF SERVICE**

Case No. 08 CV 03293

State of New York )
                 ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on August 18, 2008 at approximately 2:45 PM deponent served the following specific papers pursuant to Section 306 of the Not for Profit Corporation Law, Summons in a Civil Action, Complaint and Jury Demand, Rule 7.1 Statement, Individual Practices of Judge Francis dated October 10, 2007, Civil Cover Sheet, Individual Practices of Judge Paul A. Crotty, U.S.D.J., and Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2007, that the party served was The Long Hill Alliance Company, Inc., a domestic not-for-profit corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                    *Mary M. Bonville*
                                                    Mary M. Bonville

Sworn to before me this 19th day of August, 2008

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

United States District Court
Southern District of New York

_____

TZ Manor, LLC, et al.,

                Plaintiffs,

-against-

Richard F. Daines, M.D., et al.,

                Defendants.
_____

AFFIDAVIT OF SERVICE
Case No: 08-CV-03293

State of New York )
                    ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not a party to this action That on April 8, 2008 at approximately 3:00 p.m. at the New York State Department of Health, Division of Legal Affairs located at Corning Towers, 24th Floor, Albany, New York, deponent served a Summons in a Civil Action and Complaint and Jury Demand, Rule 7.1 Statement, Individual Practices of Judge Paul A. Crotty, U.S.D.J., Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Procedures for Electronic Case Filing dated March 6, 2003, Individual Practices of Judge Francis dated October 10, 2007 and Civil Cover Sheet in the above entitled matter upon the Richard F. Daines, M.D., Commissioner of New York State Department of Health by delivering to and leaving with Seth Abrams, a white male with brown hair, being approximately 51-65 years of age; height of 5'9"-6'0", weight of 161-200 lbs., being an Associate Attorney for the New York State Department of Health, a true copy thereof.

Deponent further says that she knew the said Seth Abrams to be an Associate Attorney for the New York State Department of Health at the time of making such service, and that he stated he was authorized to accept service on behalf of Richard F. Daines, M.D.

_____
Mary M. Bonville

Sworn to before me this ____ day of April, 2007

_____
Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010

United States District Court
Southern District of New York

---

TZ Manor, LLC, et al.,

                          Plaintiff(s)

-against-

Richard F. Daines, M.D., Commissioner of the New
York State Department of Health, et al.,

                          Defendant(s)

AFFIDAVIT OF SERVICE

Case No. 08 CV 03293

---

State of New York )
                  ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on August 18, 2008 at approximately 2:45 PM deponent served the following specific papers pursuant to Section 306 of the Not for Profit Corporation Law, Summons in a Civil Action, Complaint and Jury Demand, Rule 7.1 Statement, Individual Practices of Judge Francis dated October 10, 2007, Civil Cover Sheet, Individual Practices of Judge Paul A. Crotty, U.S.D.J., and Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2007, that the party served was The Long Hill Alliance Company, Inc., a domestic not-for-profit corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                          Mary M. Bonville

Sworn to before me this 19th day of August, 2008

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010